

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2014

No. 04-14-00206-CV

**PMSALS 1, LLC**,
Appellant

v.

**ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER L.L.P.** and Jonathan Starr,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17620
Honorable Olin B. Strauss, Judge Presiding

## O R D E R

Appellant's and cross-appellants' briefs were originally due to be filed on July 30, 2014. Appellant's and cross-appellants' first motion for extension of time was granted, extending the deadline for filing the briefs to August 29, 2014. On August 28, 2014, appellant and cross-appellants filed a motion requesting an additional extension of time to file the briefs until September 29, 2014, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT AND CROSS-APPELLANTS WILL BE GRANTED TO FILE THESE BRIEFS**. Appellant's and cross-appellants' briefs must be filed by September 29, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court